No. 14-1321

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

―――――――――

ENZO BIOCHEM, INC., ENZO LIFE SCIENCES, INC., YALE UNIVERSITY,
*Plaintiffs-Appellees*,

v.

APPLERA CORP., TROPIX, INC.,
*Defendants-Appellants*.

―――――――――

Appeal from the United States District Court for the District of Connecticut in
Case No. 04-CV-0929, Judge Janet Bond Arterton

―――――――――

# APPLERA CORP. AND TROPIX, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME

―――――――――

        CARTER G. PHILLIPS
        ROBERT N. HOCHMAN
        JENNIFER J. CLARK
        ROBERT STANDER
        SIDLEY AUSTIN LLP
        1501 K Street, N.W.
        Washington, D.C. 20005
        Telephone: (202) 736-8000
        Facsimile: (202) 736-8711

*Counsel for Applera Corp. and Tropix, Inc.*

Pursuant to Federal Rule of Appellate Procedure 26(b) and the Rules of this Court, Defendants-Appellants Applera Corp. and Tropix, Inc. (collectively "Applera") respectfully request a 45-day extension of time, to and including June 16, 2014, within which to file their opening brief. Applera's opening brief is currently due to be filed on May 2, 2014, and this is Applera's first request for an extension of time. Appellees do not oppose a 45-day extension of time for Applera's opening brief.

In fulfillment of Rule 26(b)(5) of the Rules of this Court, undersigned counsel declares under penalty of perjury that there is good cause for this motion. First, this is an appeal from lengthy litigation involving complicated DNA-related technology. The case was tried to a jury over ten days. Undersigned counsel was not involved in this litigation in the trial court, and it will take considerable time to review the record to make appropriate judgments about which issues are worthy of appeal.

Second, undersigned counsel has multiple obligations that would make it difficult to complete Applera's opening brief by the current deadline. Lead appellate counsel, Mr. Phillips, has intervening obligations before the United States Supreme Court and the United States Court of Appeals for the Fourth Circuit. In the United States Supreme Court, he is responsible for presenting oral argument in *Alice Corporation v. CLS Bank*, No. 13-298, on March 31. He is also responsible for an amicus brief supporting respondent in *Limelight v. Akamai*, No. 12-786, due

April 2.  In the Tenth Circuit, he is responsible for presenting oral argument in *In re: Urethane Antitrust Litigation*, No. 13-3215 on May 14.  Mr. Phillips also has travel commitments prior to the current deadline.  He is scheduled to be travelling on April 1–2, 11–13, and 23–27.  In addition, Mr. Hochman, who will be assisting Mr. Phillips in the appeal, is responsible for preparing a brief of appellee in *Grandalski v. Quest Diagnostics, Inc.*, No. 13-4329, due to be filed on March 31 in the Third Circuit, and for preparing a motion to dismiss in *Regional Transportation Authority v. American Airlines Group, Inc*., No. 2014CH4240, currently due to be filed on April 6 in the Circuit Court of Cook County.

## CONCLUSION

For these reasons, Applera respectfully requests that the Court grant this motion for a 45-day extension of time, to and including June 16, 2014.

Dated:   March 21, 2014

Respectfully submitted,

/s/ Carter G. Phillips
CARTER G. PHILLIPS
ROBERT N. HOCHMAN
JENNIFER J. CLARK
ROBERT STANDER
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Counsel for Applera Corp. and Tropix, Inc.*

2

## **CERTIFICATE OF INTEREST**

Counsel for appellants Applera Corp. and Tropix, Inc. certifies the following:

1. The full name of every party represented by me is:

    APPLERA CORPORATION and TROPIX, INC.

2. The name of the real party in interest represented by me is:

    APPLIED BIOSYSTEMS, LLC

3. All parent corporations and publicly held companies that own 10% or more of the stock of the party represented by me are:

    Applera Corporation was formerly made up of two business units, Applied Biosystems and Celera Genomics. Applera Corporation-Applied Biosystems unit, through a series of corporate transactions, was renamed Applied Biosystems Inc. ("ABI"). ABI, through a series of corporate transactions with Invitrogen Corporation and its subsidiaries, ceased to exist when it merged into and with a wholly-owned subsidiary (later renamed Applied Biosystems, LLC) of Life Technologies Corporation. Life Technologies' stock was listed on the NASDAQ Global Select Market under the ticker symbol "LIFE." Celera Genomics was split off into an independent company, Celera Corporation. Celera was acquired by Quest Diagnostics Inc., which is listed on the New York Stock Exchange under the ticker symbol "DGX." Celera Corporation's stock was listed on the NASDAQ Stock Market under the ticker symbol "CRA."

    Tropix, Inc. was purchased by Applera Corporation. It no longer exists as a separate legal entity.

    On February 3, 2014, Life Technologies Corporation became an indirect wholly-owned subsidiary of Thermo Fisher Scientific Inc. ("Thermo Fisher"). Thermo Fisher has no parent corporation. As of December 31, 2013, Massachusetts Financial Services Company, a subsidiary of Sun Life Financial, Inc., owned 10% or more of Thermo Fisher's stock. Sun Life Financial, Inc. is a publicly-traded company.

4.     The names of all law firms and the partners or associates who appeared for the party now represented by me in proceedings before the United States District Court for the District of Connecticut, or are expected to appear in this Court, are:

S<span/>IDLEY A<span/>USTIN LLP
Carter G. Phillips, Robert N. Hochman, Jennifer J. Clark, Robert Stander

P<span/>AUL, W<span/>EISS, R<span/>IFKIND, W<span/>HARTON & G<span/>ARRISON, LLP
Nicholas Groombridge, Eric Alan Stone, Peter Sandel, Jennifer H. Wu, Robert W. Lin

W<span/>EIL, G<span/>OTSHAL & M<span/>ANGES, LLP
Mamoni Bhattacharyya, David J. Lender, Ryan Owens, Elizabeth S. Weiswasser, Ling Zhong, Matthew D. Powers

F<span/>INNEGAN H<span/>ENDERSON F<span/>ARABOW G<span/>ARRETT & D<span/>UNNER, LLP
Michael R. McGurk

P<span/>ULLMAN & C<span/>OMLEY, LLC
James T. Shearin, David P. Atkins, Aimee J. Wood

L<span/>IFE T<span/>ECHNOLOGIES C<span/>ORPORATION
Kurtis D. MacFerrin, Bradford P. Schmidt, Katherine Nolan-Stevaux


DATE:  March 21, 2014                    /s/ Carter G. Phillips
                                                          C<span/>ARTER G. P<span/>HILLIPS

No. 14-1321

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

———————

ENZO BIOCHEM INC., ENZO LIFE SCIENCES, INC., YALE UNIVERSITY,
*Plaintiffs-Appellees*,

v.

APPLERA CORP., TROPIX, INC.,
*Defendants-Appellants*.

———————

Appeal from the United States District Court for the District of Connecticut in Case No. 04-CV-0929, Judge Janet Bond Arterton

———————

## DECLARATION OF CARTER G. PHILLIPS IN SUPPORT OF APPLERA CORP. AND TROPIX, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME

I, Carter G. Phillips, declare as follows:

     1.     I am an attorney with Sidley Austin LLP and counsel of record for Defendants-Appellants Applera Corp. and Tropix, Inc. (collectively "Applera) in the above-titled action. I make this declaration in support of Applera's motion for extension of time. The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

     2.     Applera respectfully requests a 45-day extension of time, to and including June 16, 2014, within which to file its opening brief.

3. Applera's opening brief is currently due to be filed on May 2, 2014, and this is Applera's first request for an extension of time.

4. Appellees do not oppose a 45-day extension of time for Applera's opening brief.

5. There is good cause for this motion. First, this is an appeal from lengthy litigation involving complicated DNA-related technology. The case was tried to a jury over ten days. I was not involved in this litigation in the trial court, and it will take considerable time to review the record to make appropriate judgments about which issues are worthy of appeal.

Second, I have multiple obligations that would make it difficult to complete Applera's opening brief by the current deadline. In the United States Supreme Court, I am responsible for presenting oral argument in *Alice Corporation v. CLS Bank*, No. 13-298, on March 31. I am also responsible for an amicus brief supporting respondent in *Limelight v. Akamai*, No. 12-786, due April 2. In the Tenth Circuit, I am responsible for presenting oral argument in *In re: Urethane Antitrust Litigation*, No. 13-3215 on May 14. I also have travel commitments prior to the current deadline. I am scheduled to be travelling on April 1–2, 11–12 and 23–27.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed this 21st day of March 2014 at Washington, D.C.

/s/ Carter G. Phillips
CARTER G. PHILLIPS

No. 14-1321

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————

ENZO BIOCHEM INC., ENZO LIFE SCIENCES, INC., YALE UNIVERSITY,
*Plaintiffs-Appellees*,

v.

APPLERA CORP., TROPIX, INC.,
*Defendants-Appellants*.

———————

Appeal from the United States District Court for the District of Connecticut in Case No. 04-CV-0929, Judge Janet Bond Arterton

———————

## DECLARATION OF ROBERT N. HOCHMAN IN SUPPORT OF APPLERA CORP. AND TROPIX, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME

I, Robert N. Hochman, declare as follows:

1. I am an attorney with Sidley Austin LLP and counsel for Defendants-Appellants Applera Corp. and Tropix, Inc. (collectively "Applera) in the above-titled action. I make this declaration in support of Applera's motion for extension of time. The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2. Applera respectfully requests a 45-day extension of time, to and including June 16, 2014, within which to file its opening brief.

3. Applera's opening brief is currently due to be filed on May 2, 2014, and this is Applera's first request for an extension of time.

4. Appellees do not oppose a 45-day extension of time for Applera's opening brief.

5. There is good cause for this motion. First, this is an appeal from lengthy litigation involving complicated DNA-related technology. The case was tried to a jury over ten days. I will be assisting lead counsel, Carter G. Phillips, in this appeal. Neither Mr. Phillips nor I were involved in this litigation in the trial court, and it will take considerable time to review the record to make appropriate judgments about which issues are worthy of appeal.

Second, I have intervening obligations that will make it difficult to complete Applera's opening brief by the current deadline. I am responsible for preparing a brief of appellee in *Grandalski v. Quest Diagnostics, Inc.*, No. 13-4329, due to be filed on March 31 in the Third Circuit, and for preparing a motion to dismiss in *Regional Transportation Authority v. American Airlines Group, Inc.*, No. 2014CH4240, currently due to be filed on April 6 in the Circuit Court of Cook County.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed this 21st day of March 2014 at Washington, D.C.

/s/ Robert N. Hochman
ROBERT N. HOCHMAN

No. 14-1321

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————

ENZO BIOCHEM INC., ENZO LIFE SCIENCES, INC., YALE UNIVERSITY,
*Plaintiffs-Appellees*,

v.

APPLERA CORP., TROPIX, INC.,
*Defendants-Appellants*.

## **PROPOSED ORDER**

Upon consideration of Applera Corp. and Tropix, Inc.'s Unopposed Motion for Extension of Time,

IT IS ORDERED THAT:

1) The motion be GRANTED, and the Clerk of the Court note this extension on the docket;

2) Defendants-Appellants Applera Corp. and Tropix, Inc's opening brief shall be due on June 16, 2014.

FOR THE COURT:

Date:_____                    _____

Copies to:

    Carter G. Phillips
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    Telephone: (202) 736-8000
    Facsimile: (202) 736-8711

    *Attorney for Appellant*


    Jennifer A. Albert
    Goodwin Proctor LLP
    901 New York Ave. NW
    9th Floor East
    Washington, DC 20001
    jalbert@goodwinproctor.com

    L. Gene Spears
    Baker Botts LLP
    One Shell Plaza
    910 Louisiana Street
    Houston, Texas 77002
    gene.spears@bakerbotts.com

    *Attorneys for Appellees*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2014, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system, including:

> Jennifer A. Albert
> Goodwin Proctor LLP
> 901 New York Ave. NW
> 9th Floor East
> Washington, DC 20001
> jalbert@goodwinproctor.com
>
> L. Gene Spears
> Baker Botts LLP
> One Shell Plaza
> 910 Louisiana Street
> Houston, TX 77002
> gene.spears@bakerbotts.com

/s/ Carter G. Phillips
CARTER G. PHILLIPS